# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2024 KW 1090

**JANUARY 13, 2025**

---

In Re:    Richard B. Lay, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 11-
          CR5-112033.

---

**BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.**

  **WRIT DENIED.**

                              **MRT**
                              **CHH**
                              **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT